[No. 11073-0-I. Division One. August 10, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY ALLEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 81-1-02280-1, Horton Smith, J., entered November 17, 1981. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Durham, A.C.J., and Swanson, J.

[No. 11756-4-I. Division One. August 10, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES JAKE SIMMONS, JR., ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 81-1-03055-2, Robert E. Dixon, J., entered April 22, 1982. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Durham, A.C.J., and Swanson, J.

[No. 11317-8-I. Division One. August 10, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. LAWRENCE E. JEWELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 81-1-02722-5, Frank L. Sullivan, J., entered February 1, 1982. *Affirmed* by unpublished opinion per Williams, J., concurred in by Ringold and Scholfield, JJ.